IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNY BEANE,

    Plaintiff,

vs.

TERESA FLERI,

    Defendant.

Case No. 13-cv-531-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** June 24, 2013         NANCY J. ROSENSTENGEL, **Clerk of Court**

                                              By: s/Deborah Agans, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**